MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

RECEIVED
10 JAN 21 AM 10:35
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Debtor:   Francis G. Olson and Kathleen A. Olson
Chapter 7 Case No. 09-43411

Please Check One:
__ Unclaimed Dividends

X  Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PYOD LLC its successors Citibank c/o Resurgent Capital P O Box 19008 Greenville SC  29602 | 13 | $155.07 | $2.00 |
| PYOD LLC its successors Citibank c/o Resurgent Capital P O Box 19008 Greenville SC  29602 | 14 | $363.56 | $4.70 |
| Recovery Management Systems Corp For GE Money Bank Dba JCPenney 25 SE 2nd Ave. Suite 1120 Miami, FL  33131 | 28 | $303.19 | $3.92 |
|  |  |  | 10.62 |

DATE: January 20, 2010

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179